NO: 12-16994

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

IN RE: APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION
_____

STACY MILROT; A. TODD MAYO, ET AL.

Plaintiffs-Appellees

vs.

APPLE, INC.; AT&T INC.,
Defendants-Appellees,
_____

ALISON PAUL

Objector-Appellant
_____

From the U.S. District Court for Northern California, San Jose
No. 5:10-md-02188-RMW
_____

Motion of Alison Paul for An Extension of Time to File Opening Brief; Request for Permission to File Late Request; Memorandum of Points and Authorities; Declaration of Joseph Darrell Palmer
_____

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600 Ph
(866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellant Alison Paul

## Memorandum of Points and Authorities

For good cause shown, the Court may grant an extension of time to file an Opening Brief. (Fed. R. App. P. 26(b) and Circuit R. 31-2.2).

Petitioner Alison Paul requests a thirty-day extension to file her opening brief and also requests permission to file a late request. All parties have been informed of this request. At the time of this filing there have been no oppositions to the request, and because resolution of the case is highly likely, none are anticipated. The opening brief is due on Monday, December 17, 2012. If the extension is granted the opening brief will be due on January 16, 2013.

As demonstrated by the attached declaration of Joseph Darrell Palmer, good cause exists for granting the extension.

Dated: December 17, 2012	Law Offices of Darrell Palmer PC

/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Attorney for Appellant Alison Paul

## **DECLARATION BY JOSEPH DARRELL PALMER**

I, Joseph Darrell Palmer, declare that:

1. I am attorney admitted to practice before all the Courts of the State of California, the United States District Court for the Northern District, and the U. S. Court of Appeals for the Ninth Circuit. I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2. This Declaration is made in support of the movant's request for an order extending the time to file her opening brief to January 16, 2013, and permission to file a late request.

3. I informed all attorneys in the case about my intent to request the extension. At the time of this filing there have been no oppositions to the request, also not all parties have yet to respond.

4. This extension request is necessitated as a result of (1) settlement discussions which may render the appeal moot, (2) preparing and filing appellate briefs in another matter, and (3) press of other business.

5. The court reporter is not in default with regard to any designated transcripts.

/ / /

/ / /

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing it true and correct. Executed this 17th day of December 2012, at Solana Beach, California.

                                        _/s/ Joseph Darrell Palmer_____
                                        Joseph Darrell Palmer

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 17, 2012.

I certify that all parties in this case who are registered CM/ECF users that service will be accomplished by the appellate CM/ECF system.

I further certify that the following parties will be served via U.S. Mail, postage prepaid:

Martin S. Bakst
Attorney at Law
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436

David E. Bower
**Faruqui and Faruqui LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024

Tania Cruz
**Squire Sanders & Dempsey, LLP**
200 South Biscayne Blvd., 40th Floor
Miami, FL 33131

Mark S. Fistos
**Aronovitz Trial Lawyers PA**
6753 Thomsville Rd., Suite 108-24
Tallahassee, FL 32312

Eric David Freed
**Freed & Weiss LLC**
111 W. Washington St., Suite 1331
Chicago, IL 60602

Michael Louis Kelly
**Kirtland & Packard LLP**
2041 Rosecrans Avenue, Third Floor
El Segundo, CA 90245

Charles A. Germershausen
James S. Notis
**Gardy And Notis, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632

Steven R. Jaffe
Seth Michael Lehrman
**Farmer Jaffe Weissing, et al**
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

Heather Alyson Moser
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105-2482

Rosemary Farrales Luzon
**Shepherd Finkleman Miller & Shah, LLP**
401 West A Street, Suite 2350
San Diego, CA 92101

| | |
|---|---|
| Howard G. Silverman<br>**Kane and Silverman PC**<br>2401 Pennsylvania Ave., Suite 1C-44<br>Philadelphia, PA 19130 | Donna F. Solen<br>**Mason LLP**<br>1625 Massachusetts Avenue, NW,<br>Suite 500<br>Washington, DC 20036 |
| William Bruce Rubenstein<br>1545 Massachusettts Ave.<br>AR323<br>Cambridge, MA 02138 | Francis Augustine Zecherl III<br>**Shutts & Bowen**<br>201 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131 |

/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer

5