No. 12-16994

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION

STACY MILROT, A. TODD MAYO, DAVID POPIK, CHARLES FASANO, GREG AGUILERA, II, JEFFREY RODGERS, ALAN BENVENISTY, ANTHONY COLOGNA, JOY BEARDON, CHRISTOPHER DYDYK, MICHAEL JAMES GOODLICK, VINNY CURBELO, KAREN YOUNG, TREVOR ANTUNEZ, NICOLE STANKOVITZ, JACLYN BADOLATO, JESSICA LARES, JOSHUA GILSON, JAYWILL SANDS, BRYAN COLVER, BRANDON ELLISON REININGER and DANIEL DONOHUE,
*Plaintiffs-Appellees*,

[Caption continued on following page.]

Appeal From the United States District Court
for the Northern District of California
No. 5:10-md-02188-RMW
The Honorable Ronald M. Whyte

APPELLANT ALISON PAUL'S MOTION FOR VOLUNTARY DISMISSAL

Joseph Darrell Palmer
Law Offices Of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, CA 92075
Telephone: 858/792-5600
858/792-5655 (fax)
Email: darrell.palmer@palmerlegalteam.com

Counsel for Appellant Alison Paul

vs.

ALISON PAUL,

*Objector-Appellant*,

vs.

APPLE, INC. and AT&T INC.

*Defendants-Appellees*.

Pursuant to Fed. R. App. P. 42(b), objector-appellant Alison Paul hereby moves for the voluntary dismissal with prejudice of his appeal. All parties have agreed to bear their own costs, fees, and expenses arising out of the proceedings in both this Court and the district court, and have further agreed that no costs, sanctions, claims or attorneys' fees arising in or from this action will be pursued by any of them. *See* Fed. R. App. P. 42(b) ("appeal may be dismissed on the appellant's motion on terms agreed to by the parties"). Plaintiffs-appellees and Defendants-appellees do not oppose this motion.

DATED: January 10, 2013          LAW OFFICES OF DARRELL PALMER PC


By: /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer

Counsel for Appellant Alison Paul

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 10, 2013.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have the mailed the foregoing document by First-Class Mail, postage prepaid:

Bert Chapa
5209 Tartan Dr.
Corpus Christi, TX 78413

Tania Cruz
Squire Sanders & Dempsey LLP
200 South Biscayne Blvd., 40th Floor
Miami, FL 33131

Mark S. Fistos
Aronovitz Trial Lawyers PA
6753 Thomsville Rd., Suite 108-24
Tallahassee, FL 32312

Mr. Eric David Freed
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108

- 2 -

Steven R. Jaffe
Seth Michael Lehrman
Farmer Jaffe Weissing, et al
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

Rosemary Farrales Luzon
Shepherd Finkleman Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA 92101

Ms. Heather Alyson Moser, Counsel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Cullin Avram O'Brien
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

William Bruce Rubenstein
1545 Massachusettts Ave.
AR323
Cambridge, MA 02138

Howard G. Silverman
Kane and Silverman PC
2401 Pennsylvania Ave., Suite 1C-44
Philadelphia, PA 19130

Francis Augustine Zecherl, III
Shutts & Bowen
201 S. Biscayne Blvd., Suite 1500
Miami, FL 33131

                                                          ____/s/ Joseph Darrell Palmer_____
                                                               Joseph Darrell Palmer